March 30, 2012

Mr. John Michael 'Jack' McKinley
Ramey Chandler McKinley & Zito, P.C.
750 Bering Drive, Suite 600
Houston, TX 77057

Mr. Levon G. Hovnatanian
Martin Disiere Jefferson & Wisdom LLP
808 Travis, Suite 1800
Houston, TX 77002
Ms. Toni M. Triplett
Triplett Law Firm
1445 North Loop West, Suite 650
Houston, TX 77008

RE: Case Number: 11-0023
 Court of Appeals Number: 09-09-00453-CV
 Trial Court Number: 06-05-04721 CV

Style: JUANA LORENA ARVIZU, INDIVIDUALLY AND A/N/F JONATHAN RENE
 ARVIZU, MONTGOMERY COUNTY AUTO AUCTION AND EDWARD CANTU
 v.
 THE ESTATE OF GEORGE PUCKETT D/B/A PUCKETT AUTO SALES

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Thomas E. Quirk |
| |Ms. Carol Anne Flores |
| |Ms. Barbara |
| |Gladden-Adamick |